*06-60119 cv*

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1098

FILED by _____ D.C.
APPEALS
OCT 30 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA  MIAMI

SOUTHERN GROUTS & MORTARS, INC.,

Plaintiff-Appellant,

v.

LATICRETE INTERNATIONAL, INC.,

Defendant-Appellee.

## Judgment

ON APPEAL from the    UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

In CASE NO(S).   06-CV-60119.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: _____ Date: 10/26/07

Per Curiam:  (MAYER, Circuit Judge, JACOBS, Chief Judge*, and PROST, Circuit Judge):

AFFIRMED. See Fed. Cir. R. 36.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT - 5 2007

JAN HORBALY
CLERK

ENTERED BY ORDER OF THE COURT

DATE: OCT - 5 2007

Jan Horbaly, Clerk

**ISSUED AS A MANDATE:** OCT 2 6 2007

---

\*   Honorable Dennis Jacobs, Chief Judge of the United States Court of Appeals for the Second Circuit, sitting by designation.